**Joseph A. Grob, P.C.**
382 Clinton Avenue, Suite A
Cedarhurst, N.Y. 11516
Tel.: 516-569-2822
<u>Fax: 866-651-3196</u>
Email: joe@groblaw.com

February 17, 2006

**VIA First Class Mail and ECF**
Honorable Alvin K. Hellerstein
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

    Re:  <u>United States v. Salazar</u>
           05 Cr. 708 (AKH)

Dear Judge Hellerstein:

    I have been informed by B. Alan Seidler, Esq. that he has been retained to represent Mr. Salazar in this matter. Additionally, Mr. Seidler has filed a Notice of Appearance on behalf of Mr. Salazar.

    In light of the above, I have transferred my file to Mr. Seidler and I respectfully request that I be relieved from representing Mr. Salazar any further.

                                      Respectfully submitted,

                                      Joseph A. Grob

cc:  AUSA Anirudh Bansal
     J. Salazar
     B. Alan Seidler, Esq.