FROM (MON) JUN 5 2006 12:23/ST. 12:23/No. 7500000408 P 1

*[Handwritten notation at top:]* Sentencing adjourned to May 18, 2007 at noon. [signed] 4-13-07

---

LAW OFFICE
OF
**B. ALAN SEIDLER**
580 BROADWAY
NEW YORK, NEW YORK 10012

TELEPHONE
(212) 334-3131
(888) 247-0243
FACSIMILE
(212) 334-2211

April 12, 2007

By FAX

Hon. Alvin K. Hellerstein
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

re: USA v. Jonathan Salazar
05 Cr 708 (AKH)

Dear Judge Hellerstein:

I respectfully request a 45 - 60 day adjournment of the April 17, 2006, sentencing. Defendant is still in the process of obtaining sentence related materials from outside the United States, and having the documents translated. AUSA Bansal consents to this request.

Very truly yours,

B. Alan Seidler

cc: AUSA Anirudh Bansal
    Jonathan Salazar

bas/ec

---

*[Stamp:]* USDC SDNY / DOCUMENT / ELECTRONICALLY FILED / DOC #: / DATE FILED: 4/13/07

*[Stamp:]* RECEIVED APR 12 2007 ALVIN...